IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COY PHELPS, | ) | No. C 12-0063 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

On January 5, 2012, Petitioner, a federal prisoner proceeding *pro se*, filed a one-page "notice of habeas corpus petition" pursuant to 28 U.S.C. § 2241. The same day, the Clerk notified Petitioner that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified Petitioner that he failed to submit a complete petition. Along with the deficiency notices, Petitioner was provided with a new IFP application and instructions for completing it. Petitioner was further cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. In addition, Petitioner was advised that his failure to file a complete petition within thirty days would result in the dismissal of this action. To date, Petitioner has not communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Phelps211disifppet.wpd

1  IT IS SO ORDERED.
2  DATED: 2/17/12

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Phelps211disifppet.wpd    2