IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY PHELPS, ) | No. C 12-0063 LHK (PR) |
| ) Petitioner, ) | JUDGMENT |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) Respondent. ) | |

An order of judgment is hereby entered DISMISSING this action.

IT IS SO ORDERED.

DATED: 6/27/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Phelps063jud.wpd